UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.  8:10-cr-453-T-23TBM

CLEMENT H. MAQUET
_____/

**PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to, and was adjudged guilty of, the offense charged in Count One of the indictment, violation of 18 U.S.C. § 1470.

The United States moves (Doc. 29) for a preliminary order forfeiting Clement Maquet's interest in the Sony Vaio Desktop Personal Computer, Model Number PCV-RZ54G, Serial Number 0314801.

The United States has established the requisite nexus between the computer and the offense charged in the Indictment.  Because the United States is entitled to possession of the computer under 18 U.S.C. § 1467 and Rule 32.2(b), Federal Rules of Criminal Procedure, the motion is **GRANTED**.  Clement Maquet's interest in the computer is condemned and forfeited to the United States for disposition according to law.

Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the computer.

ORDERED in Tampa, Florida, on February 17, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE