UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-453-T-23TBM

CLEMENT H. MAQUET
_____/

### **FINAL JUDGMENT OF FORFEITURE**

The defendant pleaded guilty to, and was adjudged guilty of, the offense charged in Count One of the indictment, violation of 18 U.S.C. § 1470. A February 17, 2011, preliminary order of forfeiture (Doc. 30) forfeited to the United States Clement Maquet's interest in the Sony Vaio Desktop Personal Computer, Model Number PCV-RZ54G, Serial Number 0314801. The forfeiture was included in the March 28, 2011, judgment (Doc. 35).

From February 19, 2011, through March 20, 2011, the United States published notice of the forfeiture and of its intent to dispose of the computer on the official government website (www.forfeiture.gov). No person or entity filed a petition to adjudicate their interest in the computer within sixty days of the first date of publication. Accordingly, other than the defendant, whose interest was previously forfeited, no person or entity is known to have an interest in the computer. The computer is the property of the defendant.

The United States moves (Doc. 37) for entry of a final judgment of forfeiture. The motion is **GRANTED**. All right, title, and interest in the computer is **CONDEMNED** and **FORFEITED** to the United States under Rule 32.2(c)(2), Federal Rules of Criminal

Procedure, 18 U.S.C. § 1467, and 21 U.S.C. § 853(n)(7).  Clear title now vests in the United States.

ORDERED in Tampa, Florida, on April 22, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE